Clarke Douglas Walton
Nevada Bar No. 9712
Walton Law Firm, P.C.
8275 S. Eastern Ave. Suite 200
Las Vegas, Nevada 89123
clarke.walton@waltonfirm.com
(702) 255-9900
Fax: (877) 324-1899

Stevan Lieberman
Pro Hac Vice Pending
Greenberg & Lieberman, LLC
2141 Wisconsin Ave., NW
Suite C2, Washington, DC 20007
stevan@aplegal.com
(202) 625-7000
Fax: (202) 625-7001

Attorneys for Plaintiff
Greg Ricks

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Gregory Ricks | ) |
| | ) Case No: 2:08-CV-01174-PMP-(GWF) |
|     Plaintiff, | ) |
| | ) |
| v. | )     ANSWER TO COUNTERCLAIM |
| | ) |
| Bmezine.com, LLC. | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) |
| | ) |
| Bmezine.com, LLC | ) |
| | ) |
|     Counter-Claimant | ) |
| | ) |
| v. | ) |
| | ) |
| Gregory Ricks | ) |
| | ) |
|     Counter-Defendant | ) |
| _____ | ) |

Walton Law Firm, PC
8275 S. Eastern Ave. Suite 200
Las Vegas, Nevada 89123
(702) 255-9900
(877) 324-1899 fax

Plaintiff / Counter-Defendant, Gregory Ricks ("Ricks"), by his undersigned counsel, Clarke Douglas Walton of Walton Law Firm, P.C. responds to Counterclaim filed by Defendant / Counter-Claimant, Bmezine.com, LLC ("Bmezine"):

## I.   **COUNTERCLAIM**
## I.   **INTRODUCTION**

1.   Ricks admits only that Bmezine has asserted counterclaims against Ricks purportedly pursuant to the Declaratory Judgment Act, the trademark laws of the United States, Nevada and Florida state statues, and Florida state common law doctrines.  Ricks denies each and every remaining allegation in Paragraph 1of the Counterclaims.

## II. **JURISDICTION AND VENUE**

**2.**   Ricks admits that the subject matter jurisdiction of this Court is proper pursuant to 28 U.S.C. §1331 and §1338, §2201 and §2202 and 15 U.S.C. §1121, but denies the validity of any claims raised by Bmezine in the Counterclaims. Ricks denies each and every remaining allegation in Paragraph 2 of the Counterclaims.

3.   Ricks admits that venue is proper and that he filed the original action in this district, but is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 3 of the Counterclaims and therefore denies the same.

## III. **THE PARTIES**

4.   Ricks admits that Bmezine.com, LLC is a Nevada limited liability company, but is without knowledge or information sufficient to form a belief as to the truth or

falsity of the remaining allegations in Paragraph 4 of the Counterclaims and therefore denies the same.

5.      Ricks is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 5 of the Counterclaims and therefore denies the same.

6.      Ricks admits that he is the owner and registrant of BME.COM, but denies the remaining allegations in Paragraph 6 of the Counterclaims.

7.      Ricks denies the allegations in Paragraph 7 of the Counterclaims.

8.      Ricks admits that he is principal of Gee Wiz Domains, but denies the remaining allegations in Paragraph 8 of the Counterclaims.

9.      Ricks admits that Moniker Online Services, LLC is the registration and management provider for the domain name BME.COM, but is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 9 of the Counterclaims and therefore denies the same.

10.     Ricks denies the allegations in Paragraph 10 of the Counterclaims.

## IV. <u>BACKGROUND</u>

### A. Bmezine's Valuable Common-Law Trademark Rights

11.     Ricks is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 11 of the Counterclaims and therefore denies the same.

12.     Ricks is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 12 of the Counterclaims and therefore denies the same.

Walton Law Firm, PC
8275 S. Eastern Ave. Suite 200
Las Vegas, Nevada 89123
(702) 255-9900
(877) 324-1899 fax

Walton Law Firm, PC
8275 S. Eastern Ave. Suite 200
Las Vegas, Nevada 89123
(702) 255-9900
(877) 324-1899 fax

13. Ricks is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 13 of the Counterclaims and therefore denies the same.

14. Ricks denies that the Bmezine mark "BME" has achieved strong secondary meaning and is a famous mark, but is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 14 of the Counterclaims and therefore denies the same.

15. Ricks denies that the "BME" has acquired distinctiveness, but is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 15 of the Counterclaims and therefore denies the same.

16. Ricks is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 16 of the Counterclaims and therefore denies the same.

17. Ricks is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 17 of the Counterclaims and therefore denies the same.

18. Ricks is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 18 of the Counterclaims and therefore denies the same.

19. Ricks is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 19 of the Counterclaims and therefore denies the same.

20.    Ricks is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 20 of the Counterclaims and therefore denies the same.

21.    Ricks denies that Internet users would believe that BME.COM is in some way connected to or affiliated with Bmezine, but is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 21 of the Counterclaims and therefore denies the same.

22.    Ricks denies the allegations in Paragraph 22 of the Counterclaims.

23.    Ricks is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 23 and subparagraphs 23(a), 23(b), 23(c), 23(d), 23(e), 23(f), 23(g), 23(h), 23(i), 23(j), 23(k) and 23(l) of the Counterclaims and therefore denies the same.

24.    Ricks is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 24 of the Counterclaims and therefore denies the same.

25.    Ricks is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 25 of the Counterclaims and therefore denies the same.

**C. Ricks's Wrongful Conduct**

26.    Ricks admits that he registered the domain name BME.COM on or about March 6, 2000, but denies the remaining allegations in Paragraph 26 of the Counterclaims.

27.    Ricks denies the allegations in Paragraph 27 of the Counterclaims.

28.    Ricks denies the allegations in Paragraph 28 of the Counterclaims.

5

Walton Law Firm, PC
8275 S. Eastern Ave. Suite 200
Las Vegas, Nevada 89123
(702) 255-9900
(877) 324-1899 fax

29.     Ricks denies the allegations in Paragraph 29 of the Counterclaims.

**D. The Infringing Domain Name BME.COM**

30.     Ricks denies that Bmezine has a complete monopoly, a right in gross, of the use of the three letters BME, to the exclusion of all third party users, and thus, denies the allegations in Paragraph 30 of the Counterclaims.

31.     Ricks denies the allegations in Paragraph 31 of the Counterclaims.

32.     Ricks denies the allegations in Paragraph 32 of the Counterclaims.

33.     Ricks denies the allegations in Paragraph 33 of the Counterclaims.

34.     Ricks denies the allegations in Paragraph 34 of the Counterclaims.

35.     Ricks denies the allegations in Paragraph 35 of the Counterclaims.

36.     Ricks denies the allegations in Paragraph 36 of the Counterclaims.

37.     Ricks denies the allegations in Paragraph 37 of the Counterclaims.

38.     Ricks denies the allegations in Paragraph 38 of the Counterclaims.

39.     Ricks denies the allegations in Paragraph 39 of the Counterclaims.

40.     Ricks denies the allegations in Paragraph 40 of the Counterclaims.

41.     Ricks denies the allegations in Paragraph 41 of the Counterclaims.

42.     Ricks denies the allegations in Paragraph 42 of the Counterclaims.

43.     Ricks denies the allegations in Paragraph 43 of the Counterclaims.

44.     Ricks denies the allegations in Paragraph 44 of the Counterclaims.

45.     Ricks denies the allegations in Paragraph 45 of the Counterclaims.

46.     Ricks denies the allegations in Paragraph 46 of the Counterclaims.

47. Ricks denies that Bmezine has a complete monopoly, a right in gross, of the use of the three letters BME, to the exclusion of all third party users, and thus, denies the allegations in Paragraph 47 of the Counterclaims.

48. Ricks admits he uses the domain name BME.COM, and the associated service mark rights, for search engine services and Bmezine's recent use of BME for email services are closely related to those services offered by Ricks. Ricks denies the remaining allegations in Paragraph 48 of the Counterclaims.

49. Ricks admits he uses the domain name BME.COM, and the associated service mark rights, to promote his search engine services and Bmezine's recent use of BME for email services are closely related to those services offered by Ricks. Ricks denies the remaining allegations in Paragraph 49 of the Counterclaims.

50. Ricks denies the allegations in Paragraph 50 of the Counterclaims.

51. Ricks denies the allegations in Paragraph 51 of the Counterclaims.

52. Ricks denies the allegations in Paragraph 52 of the Counterclaims.

53. Ricks denies the allegations in Paragraph 46 of the Counterclaims.

54. Ricks denies Bmezine has been or is being damaged by Ricks' use of its domain name and mark BME.COM. Ricks is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 54 of the Counterclaims and denies the same.

## FIRST CLAIM FOR RELIEF

## Cybersquatting – 15 U.S.C. § 1125(d)

55. Ricks repeats and realleges its response to Paragraphs 1-54, inclusive, of Bmezine's Counterclaims as if fully set forth herein.

7

56. Paragraph 69 calls for a legal conclusion to which no response is required. To the extent that such a response is required, Ricks denies the allegations,

57. Ricks denies the allegations in Paragraph 57 of the Counterclaims.

58. Ricks denies the allegations in Paragraph 58 of the Counterclaims.

59. Ricks denies the allegations in Paragraph 59 of the Counterclaims.

60. Ricks denies Bmezine has been or is being damaged by Ricks' use of its domain name and mark BME.COM. Ricks is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 60 of the Counterclaims and denies the same.

## SECOND CLAIM FOR RELIEF

## Trademark Infringement – 15 U.S.C. §1125(a)

61. Ricks repeats and realleges its response to Paragraphs 1-60, inclusive, of Bmezine's Counterclaims as if fully set forth herein.

62. Paragraph 62 calls for a legal conclusion to which no response is required. To the extent that such a response is required, Ricks denies the allegations,

63. Ricks denies the allegations in Paragraph 63 of the Counterclaims.

64. Ricks denies the allegations in Paragraph 64 of the Counterclaims.

65. Ricks denies the allegations in Paragraph 65 of the Counterclaims.

66. Ricks denies Bmezine has been or is being damaged by Ricks' use of its domain name and mark BME.COM. Ricks is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 66 of the Counterclaims and denies the same.

67. Ricks denies the allegations in Paragraph 67 of the Counterclaims.

Walton Law Firm, PC
8275 S. Eastern Ave. Suite 200
Las Vegas, Nevada 89123
(702) 255-9900
(877) 324-1899 fax

## THIRD CLAIM FOR RELIEF

### Willful Trademark Infringement – 15 U.S.C. §1114(1)

68.   Ricks repeats and realleges its response to Paragraphs 1-67, inclusive, of Bmezine's Counterclaims as if fully set forth herein.

69.   Paragraph 69 calls for a legal conclusion to which no response is required. To the extent that such a response is required, Ricks denies the allegations.

70.   Ricks is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 70 of the Counterclaims and denies the same.

71.   Ricks is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 71 of the Counterclaims and denies the same.

72.   Paragraph 72 calls for a legal conclusion to which no response is required. To the extent that such a response is required, Ricks denies the allegations.

73.   Ricks denies the allegations in Paragraph 73 of the Counterclaims.

74.   Ricks denies the allegations in Paragraph 74 of the Counterclaims.

75.   Ricks denies the allegations in Paragraph 75 of the Counterclaims.

76.   Ricks denies the allegations in Paragraph 76 of the Counterclaims.

77.   Ricks denies Bmezine has been or is being damaged by Ricks' use of its domain name and mark BME.COM. The remaining allegations in Paragraph 72 call for a legal conclusion to which no response is required. To the extent that such a response is required, Ricks denies the allegations.

## FOURTH CLAIM FOR RELIEF

9

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Walton Law Firm, PC
8275 S. Eastern Ave. Suite 200
Las Vegas, Nevada 89123
(702) 255-9900
(877) 324-1899 fax

## **False Designation of Origin**

78.   Ricks repeats and realleges its response to Paragraphs 1-77, inclusive, of
Bmezine's Counterclaims as if fully set forth herein.

79.   Paragraph 79 calls for a legal conclusion to which no response is required. To the
extent that such a response is required, Ricks denies the allegations.

80.   Ricks denies the allegations in Paragraph 80 of the Counterclaims.

81.   Ricks denies the allegations in Paragraph 81 of the Counterclaims.

82.   Ricks denies Bmezine has been or is being damaged by Ricks' use of its domain
name and mark BME.COM. The remaining allegations in Paragraph 82 call for a
legal conclusion to which no response is required. To the extent that such a
response is required, Ricks denies the allegations.

## **FIFTH CLAIM FOR RELIEF**

### **Unfair Competition**

83.   Ricks repeats and realleges its response to Paragraphs 1-82, inclusive, of
Bmezine's Counterclaims as if fully set forth herein.

84.   Paragraph 84 calls for a legal conclusion to which no response is required. To the
extent that such a response is required, Ricks denies the allegations.

85.   Ricks denies the allegations in Paragraph 85 of the Counterclaims.

86.   Ricks denies the allegations in Paragraph 86 of the Counterclaims.

87.   Ricks denies the allegations in Paragraph 87 of the Counterclaims.

88.   Ricks denies the allegations in Paragraph 88 of the Counterclaims.

89.   Ricks denies the allegations in Paragraph 89 of the Counterclaims.

90.   Ricks denies the allegations in Paragraph 90 of the Counterclaims.

91.    Ricks denies the allegations in Paragraph 91 of the Counterclaims.

92.    Ricks denies the allegations in Paragraph 92 of the Counterclaims.

93.    Ricks denies the allegations in Paragraph 93 of the Counterclaims.

94.    Paragraph 94 calls for a legal conclusion to which no response is required. To the

extent that such a response is required, Ricks denies the allegations.

95.    Ricks denies the allegations in Paragraph 95 of the Counterclaims.

96.    Ricks denies Bmezine has been or is being damaged by Ricks' use of its domain

name and mark BME.COM. The remaining allegations in Paragraph 96 call for a

legal conclusion to which no response is required. To the extent that such a

response is required, Ricks denies the allegations.

97.    Ricks denies the allegations in Paragraph 97 of the Counterclaims.

98.    Ricks denies the allegations in Paragraph 98 of the Counterclaims.

99.    Ricks denies the allegations in Paragraph 99 of the Counterclaims.

## SIXTH CLAIM FOR RELIEF

### Nevada Common Law Trademark Infringement

100.    Ricks repeats and realleges its response to Paragraphs 1-99, inclusive, of

Bmezine's Counterclaims as if fully set forth herein.

101.    Ricks denies the allegations in Paragraph 101 of the Counterclaims.

102.    Ricks denies the allegations in Paragraph 102 of the Counterclaims.

103.    Ricks denies Bmezine has been or is being damaged by Ricks' use of its domain

name and mark BME.COM. The remaining allegations in Paragraph 103 call for a

legal conclusion to which no response is required. To the extent that such a

response is required, Ricks denies the allegations.

11

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Walton Law Firm, PC
8275 S. Eastern Ave. Suite 200
Las Vegas, Nevada 89123
(702) 255-9900
(877) 324-1899 fax

## SEVENTH CLAIM FOR RELIEF

### Deceptive Trade Practices under N.R.S. § 598.0915

104.   Ricks repeats and realleges its response to Paragraphs 1-103, inclusive, of

Bmezine's Counterclaims as if fully set forth herein.

105.   Ricks denies the allegations in Paragraph 105 of the Counterclaims.

106.   Ricks denies Bmezine has been or is being damaged by Ricks' use of its domain

name and mark BME.COM. The remaining allegations in Paragraph 106 call for a

legal conclusion to which no response is required. To the extent that such a

response is required, Ricks denies the allegations.

## EIGHTH CLAIM FOR RELIEF

### Intentional Interference with Prospective Economic Advantage

107.   Ricks repeats and realleges its response to Paragraphs 1-106, inclusive, of

Bmezine's Counterclaims as if fully set forth herein.

108.   Ricks denies the allegations in Paragraph 108 of the Counterclaims.

109.   Ricks denies the allegations in Paragraph 109 of the Counterclaims.

110.   Ricks denies the allegations in Paragraph 110 of the Counterclaims.

111.   Ricks denies the allegations in Paragraph 111 of the Counterclaims.

112.   Ricks denies Bmezine has been or is being damaged by Ricks' use of its domain

name and mark BME.COM. The remaining allegations in Paragraph 112 call for a

legal conclusion to which no response is required. To the extent that such a

response is required, Ricks denies the allegations.

113.   Ricks denies the allegations in Paragraph 113 of the Counterclaims.

## NINTH CLAIM FOR RELIEF

Walton Law Firm, PC
8275 S. Eastern Ave. Suite 200
Las Vegas, Nevada 89123
(702) 255-9900
(877) 324-1899 fax

### Trademark Infringement – Fla. Stat. §495.131

114.   Ricks repeats and realleges its response to Paragraphs 1-113, inclusive, of Bmezine's Counterclaims as if fully set forth herein.

115.   Paragraph 115 calls for a legal conclusion to which no response is required. To the extent that such a response is required, Ricks denies the allegations.

116.   Ricks denies the allegations in Paragraph 116 of the Counterclaims.

117.   Ricks denies the allegations in Paragraph 117 of the Counterclaims.

118.   Ricks denies the allegations in Paragraph 118 of the Counterclaims.

### TENTH CLAIM FOR RELIEF

### Dilution Under Fla. Stat. §495.151

119.   Ricks repeats and realleges its response to Paragraphs 1-118, inclusive, of Bmezine's Counterclaims as if fully set forth herein.

120.   Paragraph 120 calls for a legal conclusion to which no response is required. To the extent that such a response is required, Ricks denies the allegations.

121.   Ricks denies that the Bmezine mark "BME" is a famous mark, but is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 121 of the Counterclaims and therefore denies the same.

122.   Ricks denies the allegations in Paragraph 122 of the Counterclaims.

123.   Ricks denies the allegations in Paragraph 123 of the Counterclaims.

124.   Ricks denies wrongful acts of dilution, and the remaining allegations in Paragraph 124 call for a legal conclusion to which no response is required. To the extent that such a response is required, Ricks denies the allegations.

Walton Law Firm, PC
8275 S. Eastern Ave. Suite 200
Las Vegas, Nevada 89123
(702) 255-9900
(877) 324-1899 fax

## PRAYER FOR RELIEF

Bmezine is not entitled to any of the relief requested. Ricks requests that the Court deny all counts of Bmezine's Counterclaims, with prejudice.

## RICKS AFFIRMATIVE DEFENSES

1.   Bmezine fails to state a claim upon which relief can be granted.

2.   Bmezine's claims for relief are barred on the basis of its unclean hands.

3.   Counts 1-10 of Bmezine's Counterclaims are barred on the basis of laches, acquienscence and estoppel.

4.   Bmezine lacks standing to assert Counts 1-10 of the Counterclaims.

5.   Bmezine has not enforced its trademark rights against third parties making unauthorized use of its alleged use of the mark BME and has abandoned it mark.

6.   Bmezine's alleged mark BME is generic.

7.   Bmezine uses BME as a "familiar expression."

8.   Bmezine's use and registration of BME for email services is likely to cause confusion with and/or dilute Ricks mark BME.COM.

WHEREFORE, Ricks prays that Bmezine's Counterclaims be dismissed in their entirety, with prejudice and that Ricks be awarded its costs, disbursements and attorneys fees.

Date: <u>November 26, 2008</u>

Respectfully submitted,
Greg Ricks
By Counsel

Clarke Douglas Walton.                    Stevan Lieberman, Esq.
Walton Law Firm, P.C.                     GREENBERG & LIEBERMAN
8275 S. Eastern Ave. Suite 200            2141 Wisconsin Ave., NW Suite C2
Las Vegas, Nevada 89123                   Washington, D.C. 20007
(702) 255-9900                            Telephone: (202) 625-7000
fax: (877) 324-1899                       Facsimile: (202) 625-7001

Attorneys for Plaintiff
Greg Ricks