UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY RICKS,<br><br>    Plaintiff/Counterdefendant,<br><br>v.<br><br>BMEZINE.COM, LLC,<br><br>    Defendant/Counterclaimant. | 2:08-CV-01174-PMP-GWF<br><br><br>ORDER |
| BMEZINE.COM, LLC,<br><br>    Third Party Plaintiff,<br><br>v.<br><br>GEE WHIZ DOMAINS PRIVACY SERVICE,<br><br>    Third Party Defendant. | |

The Court having read and considered Defendant/Counter-Claimant's Motion for Leave to File Second Motion for Summary Judgment (Doc. #121), filed on August 18, 2010, Plaintiff/Counter Defendant Gregory Ricks and Third Party Defendant Gee Whiz Domains, Inc.'s Opposition thereto (Doc. #125) filed August 23, 2010, and BMEzine's Reply (Doc. #127) filed August 26, 2010, and good cause appearing,

///

///

///

///

**IT IS ORDERED that** Defendant/Counter-Claimant's Motion for Leave to File Second Motion for Summary Judgment (Doc. #121) is **DENIED**.

**IT IS FURTHER ORDERED that** the deadline for filing the joint pretrial order in this case is hereby extended to and including **September 24, 2010.**

DATED:  August 31, 2010.

PHILIP M. PRO
United States District Judge