Mark G. Tratos (Bar No. 1086)
Donald L. Prunty (Bar No. 8230)
F. Christopher Austin (Bar No. 6559)
Ronald D. Green, Jr. (Bar No. 7360)
**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Counsel for Defendant/Counterplaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY RICKS,<br><br>            Plaintiff<br><br>v.<br><br>BMEzine.COM, LLC,<br><br>            Defendant<br><br><br>BMEzine.COM, LLC,<br><br>            Counterclaim Plaintiff<br><br>v.<br><br>GREGORY RICKS AND GEE WHIZ DOMAINS, INC.<br><br>            Counterclaim Defendants. | Case No. 2:08-cv-01174-PMP-GWF<br><br>**STIPULATED REQUEST FOR AN EXTENSION OF TIME TO FILE PROPOSED JOINT PRETRIAL ORDER**<br><br>**(SIXTH REQUEST)** |

    The parties request a three week extension of time to file a proposed joint pretrial order which is currently due on October 8, 2010.  Good cause exists to extend the time to file the proposed joint pretrial order.  Although the Greenberg Traurig, LLP ("Greenberg") firm has been acting as local counsel in this matter from the outset, Greenberg only recently was retained to take the role of lead trial counsel and needs additional time to

1  become familiar with the documentation evidence and current status of this matter. Greenberg has only received the entire file related to this matter from prior trial counsel for Defendant/Counterclaim Plaintiff during the week of October 4, 2010. Additional time is necessary in order for the parties to provide an effective pretrial order to the Court.

If this stipulation is approved, the new deadline to file the proposed joint pretrial order will be October 29, 2010.

Dated: October 7, 2010

GREENBERG TRAURIG, LLP

/s/ Ronald D. Green, Jr.
Mark G. Tratos (Bar No. 1086)
Donald L. Prunty (Bar No. 8230)
F. Christopher Austin (Bar No. 6559)
Ronald D. Green, Jr. (Bar No. 7360)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169

Counsel for Defendant

Dated: October 7, 2010

WEIDE & MILLER, LTD.

/s/ Mark Borghese
Mark Borghese
Ryan Gile
Weide & Miller, Ltd.
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128

Counsel for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: Ovtober 8, 2010