Mark G. Tratos (Bar No. 1086)
Donald L. Prunty (Bar No. 8230)
F. Christopher Austin (Bar No. 6559)
Ronald D. Green, Jr. (Bar No. 7360)
**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Counsel for Defendant/Counterplaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY RICKS,<br><br>        Plaintiff<br><br>v.<br><br>BMEzine.COM, LLC,<br><br>        Defendant<br><br><br>BMEzine.COM, LLC,<br><br>        Counterclaim Plaintiff<br><br>v.<br><br>GREGORY RICKS AND GEE WHIZ DOMAINS, INC.<br><br>        Counterclaim Defendants. | Case No. 2:08-cv-01174-PMP-GWF<br><br>**STIPULATED REQUEST FOR AN EXTENSION OF TIME TO FILE PROPOSED JOINT PRETRIAL ORDER**<br><br>**(SEVENTH REQUEST)** |

     The parties request a one week extension of time to file a proposed joint pretrial order which is currently due on October 29, 2010.  Good cause exists to extend the time to file the proposed joint pretrial order.  The parties have exchanged drafts of the proposed joint pretrial order, however it has become apparent it will take the parties additional time to agree to mutually acceptable language.  This extension is also necessary due to counsels'

ORL 297,761,081v1 10-27-10

1

1  schedule and the upcoming Nevada Day holiday.

2  If the stipulation is approved, the new deadline to file the proposed joint pretrial order
3  will be November 5, 2010.

4  Dated: October 27, 2010                              Dated:  October 27, 2010

6  GREENBERG TRAURIG, LLP                    WEIDE & MILLER, LTD.

7  /s/ Ronald D. Green, Jr.                              /s/ Ryan Gile
   Mark G. Tratos (Bar No. 1086)                   Mark Borghese
8  Donald L. Prunty (Bar No. 8230)                Ryan Gile
9  F. Christopher Austin (Bar No. 6559)         Weide & Miller, Ltd.
   Ronald D. Green, Jr. (Bar No. 7360)          7251 W. Lake Mead Blvd., Suite 530
10 3773 Howard Hughes Parkway                 Las Vegas, NV  89128
   Suite 400 North
11 Las Vegas, Nevada 89169                        Counsel for Plaintiff

12 Counsel for Defendant

15                                                              IT IS SO ORDERED:

17                                                              _____
                                                                UNITED STATES DISTRICT COURT JUDGE

18                                                                       October 28, 2010
                                                                DATED:_____

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

ORL 297,761,081v1 10-27-10                                                                              2