Mark Borghese, Esq.
Nevada Bar No. 6231
*mborghese@weidemiller.com*
Ryan Gile, Esq.
Nevada Bar No. 8807
*rgile@weidemiller.com*
**WEIDE & MILLER, LTD.**
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128
Tel. (702) 382-4804
Fax (702) 382-4805

Attorneys for Gregory Ricks and
Gee Whiz Domains, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY RICKS, an individual, | Case No.: **2:08-cv-01174-PMP-GWF** |
| Plaintiff/Counterdefendant, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| BMEZINE.COM. LLC, a Nevada limited liability company, | |
| Defendant/Counterclaimant. | |
| BMEZINE.COM, LLC, a Nevada limited liability company | |
| Third Party Plaintiff, | |
| vs. | |
| GEE WHIZ DOMAINS, INC., a Nevada corporation | |
| Third Party Defendant. | |

///

///

///

///

RRG-w-1897                                          1

1   WHEREAS, this matter has been resolved by the mutual agreement of the parties, Plaintiff/Counterdefendant GREGORY RICKS, Defendant/Counterclaimant/Third Party Plaintiff BMEZINE.COM, LLC, and Third Party Defendant GEE WHIZ DOMAINS, INC., hereby stipulate to the dismissal of this action with prejudice as follows:

1. That all claims and counterclaims relating to this action are dismissed WITH PREJUDICE;

2. That each Party shall bear its own attorney's fees and costs;

3. That this ORDER shall resolve this entire matter and act as a FINAL ORDER of this Court; and

4. That upon the entry of this ORDER this matter shall be closed by this Court.

DATED this 18th day of November, 2009.

**WEIDE & MILLER, LTD.**                     **RANDAZZA LEGAL GROUP**

By:   /s/Ryan Gile                            By:   /s/Marc J. Randazza
   Mark Borghese, Esq.                           Marc J. Randazza, Esq.
   Ryan Gile, Esq.                               2 S. Biscayne Boulevard, Suite 2600
   7251 W. Lake Mead Blvd., Suite 530            Miami, FL 33131
   Las Vegas, NV  89128                          Attorneys for BMEzine.com, LLC
   Attorneys for Gregory Ricks and
   Gee Whiz Domains, Inc.

**ORDER**

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: November 19, 2010

RRG-w-1897                             2

**CERTIFICATE OF SERVICE**

I am a resident of and employed in Clark County, Nevada. I am over the age of 18 years and not a party to the within action. My business address is: 7251 West Lake Mead Blvd., Suite 530, Las Vegas, Nevada, 89128.

On **November 18, 2010**, I served this document on the parties listed on the attached service list via one or more of the methods of service described below as indicated next to the name of the served individual or entity by a checked box:

**PERSONAL SERVICE:** by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed, signed by such individual or his/her representative accepting on his/her behalf. A receipt of copy signed and dated by such an individual confirming delivery of the document will be maintained with the document and is attached.

**E-MAIL / E-FILE:** Automatically through the court's electronic filing system or by transmitting a copy of the document to the electronic-mail address designated by the attorney or the party who has filed a written consent for such manner of service.

**FAX SERVICE:** by transmitting to a facsimile machine maintained by the attorney or the party who has filed a written consent for such manner of service.

**MAIL SERVICE:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada. I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

I declare that under penalty of perjury under the laws of the State of Nevada that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Ryan Gile*

An employee of WEIDE & MILLER, LTD.

RRG-w-1897                                              3

**SERVICE LIST**

| ATTORNEYS OF RECORD | PARTIES REPRESENTED | METHOD OF SERVICE |
|---|---|---|
| Mark G. Tratos, Esq.<br>Donald L. Prunty, Esq.<br>Ronald D. Green, Jr., Esq.<br>GREENBERG TRAURIG, LLP<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169 | Defendant/Counterclaimant | ☐ Personal service<br>☒ Email / E-File<br>☐ Fax service<br>☐ Mail service |
| Marc J. Randazza, Esq.<br>Marc J. Randazza, P.A.<br>2 S Biscayne Blvd., Ste. 2600<br>Miami, FL 33131 | Defendant/Counterclaimant | ☐ Personal service<br>☒ Email / E-File<br>☐ Fax service<br>☐ Mail service |
| Clyde F. DeWitt, Esq.<br>Law Offices of Clyde DeWitt, APC<br>732 South Sixth Street, Suite 100<br>Las Vegas, NV 89101-6948 | Defendant/Counterclaimant | ☐ Personal service<br>☒ Email / E-File<br>☐ Fax service<br>☐ Mail service |